**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KENNETH GRAHAM                                                                                         PLAINTIFF

v.                                            No. 4:10CV02022 JLH

STONEBRIDGE LIFE INSURANCE COMPANY                                         DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Stonebridge Life Insurance Company on the claims of Kenneth Graham.  The complaint of Kenneth Graham is dismissed with prejudice.

IT IS SO ORDERED this 6th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT